FILED
NOV -10 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEAN B. GREAUX,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. CV 09-06985-RGK (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, and all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendations and orders the action be dismissed with prejudice.

Dated: November 5, 2009

                                                          */s/ Gary Klausner*
                                                R. Gary Klausner
                                                United States District Judge